UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

O.A., et al.,

                                    Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION, et al.,

                                    Defendants.

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:___ 4/11/2022

21-CV-11199 (VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 11, 2022, the parties appeared for an Initial Pretrial Conference. By May 25,

2022, the parties shall file a joint status letter either notifying the Court that settlement has been

reached or proposing a briefing schedule on the fee award.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              April 11, 2022